| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | P. Judge & Sons Trucking, LLC<br>Name | EIN: | 30–0709853 |
| United States Bankruptcy Court | District of New Jersey | Date case filed for chapter: | 11    11/14/25 |
| Case number: | 25–22131–JKS | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                              10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**
**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | P. Judge & Sons Trucking, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 400 Expansion Blvd<br>Port Wentworth, GA 31407 | |
| 4. | **Debtor's attorney**<br>Name and address | Turner Falk<br>Saul Ewing LLP<br>1735 Market Street<br>34th Floor<br>Philadelphia, PA 19103 | Contact phone  215–972–8415<br><br>Email:  turner.falk@saul.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m.,<br>Monday – Friday (except holidays)<br><br>Contact phone  973–645–4764<br><br>Date: 1/14/26 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **February 9, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim: 1/23/26**   For a governmental unit: **5/13/26**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |

| | | |
|---|---|---|
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** |

| | | |
|---|---|---|
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|---|
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |

| | | |
|---|---|---|
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.<br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** |

United States Bankruptcy Court

District of New Jersey

In re:  
P. Judge & Sons Trucking, LLC  
    Debtor

Case No. 25-22131-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 8 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 309F1 | Total Noticed: 198 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | P. Judge & Sons Trucking, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052 |
| 520883723 | + | AGCS Marine Insurance Company, 30 Congress Street, Suite 101, Saint Albans, VT 05478-1745 |
| 520883724 | + | AGCS Marine Insurance Company (Allianz), 225 W. Washington Street, Suite 1800, Chicago, IL 60606-3458 |
| 520883725 | + | AIG Home-Bristol, 2 PIERCE PL, SUITE 2100, Itasca, IL 60143-1203 |
| 520883726 | | AIG Property Casualty Company, 1271 Ave of the Americas, Floor 41, Chicago, IL 60606 |
| 520883732 | + | ANGEL'S PAVING & CONCRETE CORP., 751 GREIR AVE, ELIZABETH, NJ 07202-2522 |
| 520883733 | | ANTHEM PROPANE EXCHANGE, LLC, PO BOX 981045, BOSTON, MA 02298-1045 |
| 520883740 | | ARGOS SOFTWARE, PO Box 83409, Chicago, IL 60691-3409 |
| 520883743 | + | ATLANTIC INDUSTRIAL SUPPLY, 32 W CHATHAM CT, GARDEN CITY, GA 31408-3051 |
| 520883744 | + | ATLANTIC WASTE SERVICES, 125 B PINE MEADOW DRIVE, POOLER, GA 31322-9354 |
| 520883728 | + | Allianz Global Risks US Insurance Compan, 225 West Washington Street, Suite 2000, Chicago, IL 60606-3484 |
| 520883742 | + | AssuredPartners of Florida, LLC, DBA: Transportation Insurance Advisors, 1485 International Parkway Suite 1031, Lake Mary, FL 32746-5304 |
| 520883747 | + | BARCLAY BRAND FERDON, P.O. BOX 341, S. PLAINFIELD, NJ 07080-0341 |
| 520883748 | + | BENEFIT TAX LINK, 122 PARISH DRIVE, WAYNE, NJ 07470-6000 |
| 520883750 | | BESTPASS, INC., 826 WASHINGTON AVENUE, ALBANY, NY 12203 |
| 520883751 | + | BLACK KNIGHT PUBLISHING, 1901 BELMONT LANE, NORTH LAUDERDALE, FL 33068-4287 |
| 520883756 | + | BRIAN WYNNE, 166 PINE HILL ROAD, NASHUA, NH 03063-2816 |
| 520883757 | + | BRISTOL TOWNSHIP, BRISTOL TOWNSHIP BUILDING, 2501 BATH ROAD, BRISTOL, PA 19007-2150 |
| 520883758 | + | C&C MAINTENANCE, 700 WATERMARK BLVD, MT. PLEASANT, SC 29464-5729 |
| 520883759 | + | C. DENTE TOWING & TRUCKING INC., 27 RAYMOND BLVD, NEWARK, NJ 07105-4732 |
| 520883760 | + | CAMBRIDGE FINANCIAL SERVICES, 105 FIELDCREST AVENUE, SUITE 506, EDISON, NJ 08837-3649 |
| 520883763 | | CAROLINA CASUALTY, PO BOX 639938, CINCINNATI, OH 45263-9938 |
| 520883770 | + | CIESA SHAHINIAN & GIANTOMASI PC, 105 EISENHOWER PARKWAY, ROSELAND, NJ 07068-1644 |
| 520883771 | | CINTAS #237, CINTAS CORPORATION LOC.237, PO BOX 631025, CINCINNATI, OH 45263-1025 |
| 520883773 | | COASTAL INDUSTRIAL EQUIPMENT LLC, 1121 uemac rd., JACKSONVILLE, FL 32254-2793 |
| 520883776 | | CONSOLIDATED CHASSIS MANAGEMENT LLC, PO BOX 737533, DALLAS, TX 75373-7533 |
| 520883778 | | CULLIGAN QUENCH, PO BOX 735777, DALLAS, TX 75373-5777 |
| 520883765 | + | Century Finance, LLC, PO BOX 589, Memphis, TN 38101-0589 |
| 520883772 | + | City of Savannah, 132 E. Broughton Street, PO Box 1968, Savannah, GA 31402-1968 |
| 520883788 | | DIRECT CHASSISLINK, PO BOX 603061, Charlotte, NC 28260-3061 |
| 520883792 | + | DORSEY TIRE COMPANY, ATTN: AR DEPARTMENT, PO BOX 1387, SAVANNAH, GA 31402-1387 |
| 520883793 | + | EAST COAST DOCK & DOOR, 345 HIGHWAY 9 SOUTH, SUITE # 266, MANALAPAN, NJ 07726-3241 |
| 520883794 | + | EASTERN LIFT TRUCK CO., INC., P.O. BOX 307, MAPLE SHADE, NJ 08052-0307 |
| 520883798 | + | ELLIS PAINTER RATTERREE & ADAMS LLP, P.O. BOX 9946, SAVANNAH, GA 31412-0146 |
| 520883803 | | EXPRESS EMPLOYMENT PROFESSIONALS, P.O. BOX 945434, ATLANTA, GA 30394-5434 |
| 520883799 | + | Endurance American Specialty Insurance, Great Lakes General Agency Inc, 761 BETA DR Suite V, Cleveland, OH 44143-2329 |
| 520883800 | + | Endurance American Specialty Insurance C, 761 BETA Drive, Suite V, Cleveland, OH 44143-2329 |
| 520883804 | | Express Services, Inc, P.O. Box 945434, Atlanta, GA 30394-5434 |
| 520883805 | + | F&S TIRE CORP., INC, 58 BRUNSWICK AVENUE, EDISON, NJ 08817-2513 |
| 520883806 | + | F. GREEK BRISTOL PROPERTIES, L.P., 1 KIMBRELY ROAD, Suite 105, East Brunswick, NJ 08816-2035 |
| 520883816 | | FORTA, LLC, PO BOX 735324, CHICAGO, IL 60673-5324 |
| 520883813 | + | First Business Growth Funding,, a div. of First Business Capital Corp., 2400 East Devon Ave., Des Plaines, IL 60018-4619 |

Case 25-22131-JKS    Doc 10    Filed 01/16/26    Entered 01/17/26 00:16:21    Desc Imaged
Certificate of Notice    Page 4 of 10

| District/off: 0312-2 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 309F1 | Total Noticed: 198 |

| | | |
|---|---|---|
| 520883814 | + | First Business Specialty Finance, LLC, Laurie A. Martin Montplaisir, Krieg DeVault LLP, 200 S. Wacker Drive Suite 600, Chicago, IL 60606-5849 |
| 520883825 | + | GLC Jersey City LLC, C/O GOOD MAN NORTH AMERICA MANAGEMENT LL, 3333 MICHELSON DRIVE, SUITE 1050, Irvine, CA 92612-1606 |
| 520883828 | | GREAT AMERICAN INSURANCE CO., PO BOX 89400, SPECIALITY ACCOUNTING, CLEVELAND, OH 44101-6400 |
| 520883830 | | GREENBAUM ROWE SMITH & DAVIS LLP, METRO CORPORATE CAMPUS ONE, PO BOX 5600, WOODBRIDGE, NJ 07095-0988 |
| 520883827 | + | Great American Alliance Insurance Compan, 301 East 4th Street, Cincinnati, OH 45202-4245 |
| 520883829 | + | Greek Real Estate Properties, 1 Kimberly Road, Suite 105, East Brunswick, NJ 08816-2035 |
| 520883832 | + | HALE TRAILER BRAKE & WHEEL, INC., PO BOX 1400, VOORHEES, NJ 08043-7400 |
| 520883835 | | HARTZ ELIZABETH, INC., 500 Plaza Drive - P.O. Box 1515, Secaucus, NJ 07096-1515 |
| 520883837 | + | HILL RIVLINS LLP, 45 BROADWAY, SUITE 1500, NEW YORK, NY 10006-3007 |
| 520883838 | | HIRERIGHT SOLUTIONS INC., PO BOX 847891, DALLAS, TX 75284-7891 |
| 520883839 | + | HYG FINANCIAL SERVICES, INC., PO Box 35701, Billings, MT 59107-5701 |
| 520883833 | | Harco National Insurance Company Foray, 3060 Peachtree Rd Suite 300, Brooks, GA 30205 |
| 520883834 | + | Hartwell Insurance Company, 1222 Demonbreun Street, Suite 1201, Nashville, TN 37203-6497 |
| 520883840 | | INTEGRITY STAFFING SOLUTIONS, PO BOX 713870, PHILADELPHIA, PA 19171-3870 |
| 520883842 | | J.J. Keller & Associates Inc., PO Box 735492, Chicago, IL 60673-5492 |
| 520883843 | + | J.R. TRUCK STOP, INC., PO BOX 185, Thorofare, NJ 08086-0185 |
| 520883851 | + | JOHNNY ICEMAN TRUCKING, PO BOX 7073, NORTH ARLINGTON, NJ 07031-7073 |
| 520883852 | | JOHNSON CONTROLS SECURITY SOLUTIONS, PO BOX 371967, PITTSBURGH, PA 15250-7967 |
| 520883855 | + | JOS. A MAJKA & SONS, INC., PO BOX 783, CLIFTON, NJ 07015-0783 |
| 520883868 | | JUDGE WAREHOUSING, LLC, 400 Expansion Blvd, Chattanooga, TN 37401 |
| 520883871 | + | KEY MATERIAL HANDLING, 4606 THIRD AVENUE, BROOKLYN, NY 11220-1034 |
| 520883875 | + | LAROE, WINN, MOERMAN & DONOVAN, 1250 CONNECTICUT AVENUE, NW, SUITE 200, WASHINGTON, DC 20036-2643 |
| 520883879 | | LeaseCrunch LLC, PO Box 201610, Dallas, TX 75320-1610 |
| 520883886 | | MARLIN LEASING CORPORATION, PO BOX 13604, PHILADELPHIA, PA 19101-3604 |
| 520883888 | + | MASIS STAFFING, PO BOX 823473, Philadelphia, PA 19182-3473 |
| 520883893 | + | MAZARS USA LLP, 60 CROSSWAYS PARK DRIVE WEST, SUITE 301, WOODBURY, NY 11797-2018 |
| 520883894 | + | MCCABES EAST COAST FORKLIFTS LLC, 221 CREEK ROAD, BELLWARW, NJ 08031-2044 |
| 520883897 | + | MEDITERRANEAN SHIPPING COMPANY (USA) INC, PER DIEM DEPT, 700 WATERMARK BLVD, MT. PLEASANT, SC 29464-5729 |
| 520883902 | + | MIKE MORROW, 316 PROSPECT AVE, CRANFORD, NJ 07016-2349 |
| 520883903 | + | MILESTONE EQUIPMENT COMPANY, PO BOX 205589, Dallas, TX 75320-5589 |
| 520883887 | + | Marshcat LLC, 743 Harbor View Rd., Charleston, SC 29412-5004 |
| 520883889 | + | Massachusetts Department of Revenue, 100 Cambridge Street, Boston, MA 02204-0001 |
| 520883896 | + | Med One Capital Funding, LLC, 10712 S. 1300 E., Sandy, UT 84094-5094 |
| 520883913 | | NEWLANE FINANCE COMPANY, PO BOX 63044, NEWARK, NJ 07101-8065 |
| 520883915 | | NJ E-ZPASS VIOLATION PROC. CTR, P.O. BOX 52005, NEWARK, NJ 07101-8205 |
| 520883916 | | NJ PENSION PLAN, LOCAL 1518 RETIREMENT FUND, Haledon, NJ 07508 |
| 520883917 | + | NORFOLK SOUTHERN RAILWAY, 650 W. Peachtree St NW, Atlanta, GA 30308-1925 |
| 520883918 | + | NORTH AMERICAN CHASSIS POOL, 525 Royal Parkway, #290069, Nashville, TN 37229-4003 |
| 520883919 | + | NORTH NJ TEAMSTERS BEN.PLAN, 810 BELMONT AVE., NORTH HALEDON,, NJ 07508-2357 |
| 520883920 | + | NYC DEPARTMENT OF FINANCE, 66 John Street, Room 104, New York, NY 10038-3728 |
| 520883907 | + | National Union Fire Insur. Co./PA, 1271 Ave of the Americas FL 41, New York, NY 10020-1304 |
| 520883908 | + | National Union Fire Insurance Company, 1271 Ave of the Americas, Floor 41, New York, NY 10020-1304 |
| 520883912 | + | New York State Department of Taxation an, Harriman Campus Rd, Albany, NY 12227-0001 |
| 520883921 | | OCCUPATIONAL HEALTH CENTERS OF NEW JERSE, PO BOX 8750, ELKRIDGE, MD 21075-8750 |
| 520883922 | + | ONTARIO CREDIT CORPORATION, 6730 VIP Parkway, Syracuse, NY 13211-7326 |
| 520883923 | + | P JUDGE AND SONS, 201 A EXPORT ST, PORT NEWARK, NJ 07114-3242 |
| 520883924 | + | PALLETS-R-US, INC., 555 WOODSIDE AVENUE, BELLPORT, NY 11713-1220 |
| 520883927 | + | PASHMAN STEIN, PC, COURT PLAZA SOUTH, 21 MAIN STREET, SUITE 200, HACKENSACK, NJ 07601-7021 |
| 520883933 | + | PENN JERSEY DIESEL & TRAILER, 2950 STATE ROAD, BENSALEM, PA 19020-7318 |
| 520883936 | + | PHOENIX TRANSLOAD SERVICES, PO BOX 2941, RICHMOND HILL, GA 31324-2941 |
| 520883938 | | PINTO SERVICE, INC., PO BOX 554744, DETROIT, MI 48255-4744 |
| 520883939 | | PITNEY BOWES CREDIT CORP, PO BOX 981039, BOSTON, MA 02298-1039 |
| 520883940 | | PRAXAIR DISTRIBUTION, INC., PO BOX 382000, PITTSBURGH, PA 15250-8000 |
| 520883941 | + | PRIME PACKAGING CORP., 1290 METROPLOITAN AVENUE, BROOKLYN, NY 11237-1104 |
| 520883942 | | PRINCIPAL LIFE INSURANCE COMPANY, PO BOX 77202, MINNEAPOLIS, MN 55480-7200 |
| 520883945 | | PSE&G, P.O. Box 14104, New Brunswick, NJ 08906-4444 |
| 520883934 | + | Pennsylvania Department of Revenue, PO Box 280507, Harrisburg, PA 17128-0507 |
| 520883937 | + | Pinnacle Business Funding LLC, d/b/a AEC GAP Capital,, One Metrotech Center, Brooklyn, NY 11201-3948 |
| 520883943 | + | Prologis Logistics Real Estate, 1800 WAZEE STREET, SUITE 500, Denver, CO 80202-2526 |
| 520883947 | | QUICK BASE JUNKIE, PO BOX 734227, CHICAGO, IL 60673-4227 |

| District/off: 0312-2 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 309F1 | Total Noticed: 198 |

```
520883951       + RELIANCE PARTNERS LLC, 605 CHESTNUT ST, SUITE 800, CHATTANOOGA, TN 37450-5507
520883953         RENAISSANCE CAPITAL ALLIANCE, PO BOX 18065, COLUMBUS, OH 43218-0065
520883955       + RESOLUTE, 5020 HIGHWAY 11 SOUTH, CALHOUN, TN 37309-5248
520883960       + RICHIE'S TIRE SERVICE, 107 EGEL AVENUE, MIDDLESEX, NJ 08846-2505
520883971       + RREEF AMERICA REIT CORP YYY, 3333 MICHELSON DRIVE, SUITE 1050, Irvine, CA 92612-1606
520883974       + RYDER TRANSPORTATION SERVICES, PO BOX 96723, CHICAGO, IL 60693-6723
520883975       + RZ TECH PEST CONTROL, 100 RYAN ST, BUILDING B SUITE 31, SOUTH PLAINFIELD, NJ 07080-4211
520883949       + RamQuip Solutions, 520 Talmadge Ave, Savannah, GA 31408-2324
520883950       + Reflect Health, 4900 Parkway Drive, Suite 160, Mason, OH 45040-9702
520883952       + Reliance Partners LLC., 555 Walnut St Ste 280, Chattanooga, TN 37402-1313
520883972         Rreef American Reit II Corp., PO BOX 209254, Austin, TX 78720-9254
520883976         SAMBA HOLDINGS, INC., DEPT LA 24536, PASADENA, CA 91185-4536
520883980       + SCHNEIDER NATIONAL INC, 2567 PAYSPHERE CIRCLE, Chicago, IL 60674-0001
520883981       + SCOPELITIS, GARVIN, LIGHT & HANSON, 10 WEST MARKET STREET, SUITE 1500, INDIANAPOLIS, IN 46204-2965
520883985         SHRED-IT USA, 28883 Network Place, Chicago, IL 60673-1288
520883986         SHREDIT NEWARK, 28883 NETWORK PLACE, CHICAGO, IL 60673-1288
520883988       + SOS Tire & Auto, 115 Kicklighter Way, PO Box 7298, Garden City, GA 31418-7298
520883989         SOUTHERN TIRE MART, Dept 143, PO Box 1000, Memphis, TN 38148-0143
520883990         STAPLES BUSINESS ADVANTAGE, PO BOX 70242, PHILADELPHIA, PA 19176-0242
520883991       + STARPOINT PROTECTIVE SERVICES, LLC, PO BOX 217, UNION, NJ 07083-0217
520883998       + SUPERIOR DISTRIBUTORS, 4 MIDLAND AVENUE, ELMWOOD PARK, NJ 07407-3193
520883979       + Sapp's Wrecker Service, 176 Godley Rd, Port Wentworth, GA 31407-9752
520883982       + Seagis East Rutherford LLC, One Meadowlands Plz., Suite 800, East Rutherford, NJ 07073-2152
520884001       + TAYLOR BERRIEN LLC, 1832 WALTHOUR RD, SAVANNAH, GA 31410-3212
520884002       + TEAMSTERS LOCAL 11 PENSION FUND, 810 BELMONT AVENUE, SUITE 100, NORTH HALEDON, NJ 07508-2300
520884003         TEAMSTERS NATIONAL 401(K) SAVINGS PLAN, GEM GROUP FUND ADMINISTRATIO, 1200 THREE GATEWAY CENTER,
                  PITTSBURGH, PA 15222
520884004       + TEAMSTERS UNION LOCAL 11, 810 BELMONT AVE, SUITE 200, N. HALEDON, NJ 07508-2357
520884010         TMW SYSTEMS, PO BOX 203455, DALLAS, TX 75320-3455
520884013         TOSHIBA BUSINESS SOLUTIONS, PO BOX 418600, BOSTON, MA 02241-8600
520884014         TOSHIBA FINANCIAL SERVICES, PO BOX 790448, ST LOUIS, MO 63179-0448
520884015         TOSHIBA GREATAMERICA FINANCIAL SVCS, PO BOX 660831, DALLAS, TX 75266-0831
520884017         TRAC INTERMODAL, C/O US BANK, PO BOX 952064, ST. LOUIS, MO 63195-2064
520884018       + TRAILER DOCTOR SERVICES INC., 1040 W. FULLERTON AVE, ADDISON, IL 60101-4327
520884019         TRANSFORCE, PO BOX 69250, BALTIMORE, MD 21264-9250
520884020       + TREND INTERMODAL CHASSIS LEASING LLC, 78 John Miller Way, Suite 417, Kearny, NJ 07032-6500
520884021       + TRIANGLE CONSULTING GROUP, PO BOX 5169, BASKING RIDGE, NJ 07920-5169
520884022       + TRUCK LEASE CONSULTING, 32 BUTTONWOOD PLACE, SWEDESBORO, NJ 08085-1511
520884005       + The Burlington Insurance Company, c/o FSKS, 6 Campus Drive, Sut 304, Parsippany, NJ 07054-4406
520884007       + The Judge Organization, LLC, 400 Expansion Blvd, Port Wentworth, GA 31407-3052
520884016         Toyota Industries Commercial Finance Inc, PO Box 9050, Coppell, TX 75019-9050
520884027       + UNIFRIST CORPORATION, 54 S. JEFFERSON ROAD, WHIPPANY, NJ 07981-1088
520884028       + Upland Specialty Insurance Company, 5050 Quorum Drive, Suite 700, Unit #473, Dallas, TX 75254-1410
520884030       + VECTOR SECURITY, PO BOX 531687, ATLANTA, GA 30353-1687
520884031       + Veolia Water New Jersey, PO Box 371804, Pittsburgh, PA 15250-7804
520884036       + WAREHOUSE REPAIR SOLUTIONS LLC, PO Box 7231, Savannah, GA 31418-7231
520884038         WASTE MANAGEMENT OF PA INC, WASTE MANAGEMENTNORTH, P.O. BOX 13648, PHILADELPHIA, PA 19101-3648
520884039         WEISERMAZARS LLP, PO BOX 200870, DALLAS, TX 75320-0870
520884042         WILLIAMS SCOTSMAN, INC., P.O. BOX 91975, CHICAGO, IL 60693-1975
520884035       + Warehouse Rentals, PO Box 127, Valdosta, GA 31603-0127
520884040       + Wells Fargo Bank, Credit Management Grp., Attn: Charles W. Scharf, CEO, 190 River Road, Summit, NJ 07901-1444
520884043         XTRA LEASE LLC, PO BOX 219562, KANSAS CITY, MO 64121-9562
```

TOTAL: 153

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: turner.falk@saul.com | Jan 14 2026 20:59:00 | Turner Falk, Saul Ewing LLP, 1735 Market Street, 34th Floor, Philadelphia, PA 19103 |
| smg | EDI: IRS.COM | Jan 15 2026 01:53:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |

Case 25-22131-JKS    Doc 10    Filed 01/16/26    Entered 01/17/26 00:16:21    Desc Imaged
                        Certificate of Notice    Page 6 of 10

| District/off: 0312-2 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 309F1 | Total Noticed: 198 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2026 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2026 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520883722 | ^ | MEBN | Jan 14 2026 20:59:42 | ADT SECURITY SYSTEMS, INC., PO BOX 371967, PITTSBURGH, PA 15250-7967 |
| 520883730 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 21:03:29 | AMERICAN EXPRESS, P.O. BOX 1270, Newark, NJ 07101-1270 |
| 520883745 | + | Email/Text: dcevet@servicehqtrs.com | Jan 14 2026 20:59:00 | Auxilior Capital Partners, Inc., 620 West Germantown Pike, Suite 450, Plymouth Meeting, PA 19462-1056 |
| 520883775 | | EDI: COMCASTCBLCENT | Jan 15 2026 01:53:00 | COMCAST, PO BOX 70219, PHILADELPHIA, PA 19176-0219 |
| 520883779 | + | Email/Text: IBARATA@CUSTOMBANDAG.COM | Jan 14 2026 21:00:00 | CUSTOM BANDAG INC., 401 E. LINDEN AVE., LINDEN,, NJ 07036-2411 |
| 520883782 | ^ | MEBN | Jan 14 2026 20:57:19 | DE LAGE LANDEN FINANCAIL SERVICES, INC., PO BOX 825736, PHILADELPHIA, PA 19182-5736 |
| 520883781 | + | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jan 14 2026 20:59:00 | DE LAGE LANDEN FINANCAIL SERVICES, INC., 1111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 520883783 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jan 14 2026 20:59:00 | DE LAGE LANDEN FINANCIAL SERVICES, INC., PO BOX 41602, PHILADELPHIA, PA 19101-1602 |
| 520883809 | ^ | MEBN | Jan 14 2026 20:57:12 | FEDEX, PO BOX 371461, PITTSBURGH, PA 15250-7461 |
| 520883815 | ^ | MEBN | Jan 14 2026 20:58:13 | FIRST INSURANCE FUNDING CORP., PO BOX 7000, CAROL STREAM, IL 60197-7000 |
| 520883808 | ^ | MEBN | Jan 14 2026 20:57:12 | Federal Express Corporation, P.O. Box 371461, Pittsburgh, PA 15250-7461 |
| 520883821 | | EDI: GADEPTOFREV.COM | Jan 15 2026 01:53:00 | Georgia Deparment of Revenue, 2595 Century Parkway, NE, Atlanta, GA 30345-3173 |
| 520883822 | + | Email/Text: G2GPCCU@southernco.com | Jan 14 2026 21:00:00 | GEORGIA POWER, 96 ANNEX, ATLANTA, GA 30396-0002 |
| 520883830 | ^ | MEBN | Jan 14 2026 20:57:43 | GREENBAUM ROWE SMITH & DAVIS LLP, METRO CORPORATE CAMPUS ONE, PO BOX 5600, WOODBRIDGE, NJ 07095-0988 |
| 520883865 | | EDI: JPMORGANCHASE | Jan 15 2026 01:53:00 | JPMORGAN CHASE BANK , N.A., Attn: Jamie Dimon, CEO, Legal Papers Served, 1414 Woodward Avenue, LA2-7100, Ruston, LA 71270-2015 |
| 520883890 | + | Email/Text: billgleaton@mhiusa.net | Jan 14 2026 21:00:00 | MATERIAL HANDLING INC., PO BOX 1045, DALTON, GA 30722-1045 |
| 520883895 | ^ | MEBN | Jan 14 2026 20:58:28 | MCMANIMON, SCOTLAND & BAUMANN, LLC, 75 LIVINGSTON AVENUE, ROSELAND, NJ 07068-3737 |
| 520883909 | | Email/Text: ServicingAdmin@navitascredit.com | Jan 14 2026 20:59:00 | NAVITAS CREDIT CORP, PO BOX 935204, ATLANTA, GA 31193-5204 |
| 520883911 | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Jan 14 2026 20:59:00 | New York City Department of Finance, Correspondence Unit, 1 Centre Street, 22nd Floor, New York, NY 10007-1632 |
| 520883932 | | Email/Text: bankruptcygroup@peco-energy.com | Jan 14 2026 20:59:00 | PECO ENERGY, PO BOX 37629, PHILADELPHIA, PA 19101-0629 |

| District/off: 0312-2 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 309F1 | Total Noticed: 198 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 520883944 | + | Email/Text: BankruptcyNotices@prologis.com | Jan 14 2026 20:59:00 | PROLOGIS, L.P., 1800 WAZEE STREET, SUITE 500, DENVER, CO 80202-2526 |
| 520883946 | ^ | MEBN | Jan 14 2026 20:57:49 | PSE&G CO, PO BOX 14444, NEW BRUNSWICK, NJ 08906-4444 |
| 520883925 | ^ | MEBN | Jan 14 2026 20:57:06 | Pam Bondi, US Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |
| 520883935 | + | Email/Text: megan.harper@phila.gov | Jan 14 2026 21:00:00 | Philadelphia Department of Revenue, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 520883965 | + | Email/Text: credit@robertsoxygen.com | Jan 14 2026 20:59:00 | Roberts Oxygen Co., Inc., PO Box 5507, Rockville, MD 20855-0507 |
| 520883910 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 14 2026 20:59:00 | New Jersey Division of Taxation, 3 John Fitch Way, 5th Floor PO Box 245, Trenton, NJ 08695-0245 |
| 520883996 | | Email/Text: _Credit&Collections@suburbanpropane.com | Jan 14 2026 20:59:00 | SUBURBAN PROPANE, PO BOX J, WHIPPANY, NJ 07981 |
| 520883997 | | Email/Text: Bankruptcy@SunbeltRentals.com | Jan 14 2026 20:59:00 | SUNBELT RENTALS, INC., PO BOX 409211, ATLANTA, GA 30384-9211 |
| 520883999 | | EDI: AISTMBL.COM | Jan 15 2026 01:53:00 | T-MOBILE, PO BOX 742596, CINCINNATI, OH 45274-2596 |
| 520892680 | + | EDI: AIS.COM | Jan 15 2026 01:53:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520884011 | ^ | MEBN | Jan 14 2026 20:58:51 | TOLLS BY MAIL, PAYMENT PROCESSING CENTER, PO BOX 15183, ALBANY, NY 12212-5183 |
| 520884006 | + | Email/Text: bankruptcy@huntington.com | Jan 14 2026 21:00:00 | The Huntington National Bank, Attn: Stephen D. Steinour, CEO, 1405 Xenium Lane North, Minneapolis, MN 55441-4429 |
| 520884023 | + | Email/Text: bankruptcynotices@sba.gov | Jan 14 2026 20:59:00 | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 520884024 | + | Email/Text: arbankruptcy@uline.com | Jan 14 2026 21:00:00 | ULINE, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 520884025 | | Email/Text: arbankruptcy@uline.com | Jan 14 2026 21:00:00 | ULINE, PO BOX 88741, CHICAGO, IL 60680-1741 |
| 520884026 | ^ | MEBN | Jan 14 2026 20:58:14 | UNIFIRST CORPORATION, PO BOX 650481, DALLAS, TX 75265-0481 |
| 520884029 | + | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2026 21:00:00 | US Attorney, 970 Broad St # 806, Newark, NJ 07102-2523 |
| 520884032 | | EDI: VERIZONCOMB.COM | Jan 15 2026 01:53:00 | VERIZON, PO BOX 660748, DALLAS, TX 75266-0748 |
| 520884033 | | EDI: VERIZONCOMB.COM | Jan 15 2026 01:53:00 | VERIZON WIRELESS, P.O. BOX 489, NEWARK, NJ 07101-0489 |
| 520884034 | | EDI: WFCMGCRG | Jan 15 2026 01:53:00 | Wachovia Bank National Association, Commercial Loan Services Dept. NC 6038, PO Box 2705, Winston Salem, NC 27199-8182 |
| 520884037 | + | Email/Text: rmcbknotices@wm.com | Jan 14 2026 21:00:00 | WASTE MANAGEMENT OF N.J. INC, 100 Avenue A, Newark, NJ 07114-2436 |
| 520884045 | | Email/Text: jane_law@yanceybros.com | Jan 14 2026 20:59:00 | Yancey Bros. Co, Drawer CS 198757, Atlanta, GA 30384-8757 |

TOTAL: 46

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 8 |
| Date Rcvd: Jan 14, 2026 | Form ID: 309F1 | Total Noticed: 198 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520883721 | | A'Jay Delosangeles, Address on File] |
| 520883727 | | Aleeya Tanksley, Address on File] |
| 520883729 | | Amber Eckman, Address on File] |
| 520883731 | | Andrew J. Castles, Address on File] |
| 520883734 | | Anthony L. Nixon, Address on File] |
| 520883735 | | Anthony Nixon, Address on File] |
| 520883736 | | Anthony Pugh, Address on File] |
| 520883737 | | Anthony Stone, Address on File] |
| 520883738 | | Antonio Cortes, Address on File] |
| 520883741 | | Armando A. Molino, Address on File] |
| 520883752 | | BOB KESSLER |
| 520883746 | | Barbara Judge, Address on File] |
| 520883749 | | Benjamin F. Amerson, Address on File] |
| 520883753 | | Brandon J. Wynne, Address on File] |
| 520883754 | | Brian A. Wynne, Address on File] |
| 520883755 | | Brian Gruenhagen, Address on File] |
| 520883777 | | CT Corporation System, as Representative |
| 520883761 | | Carhonda Albertie, Address on File] |
| 520883762 | | Carl F. Sarlo, Address on File] |
| 520883764 | | Cedric Eady, Address on File] |
| 520883766 | | Charles Lamont Bostic, Address on File] |
| 520883767 | | Charles R. Hartman, Address on File] |
| 520883768 | | Christopher Cepeda, Address on File] |
| 520883769 | | Christopher King, Address on File] |
| 520883774 | | Colin McKeon, Address on File] |
| 520883780 | | Danilo E. Martinez, Address on File] |
| 520883784 | | Derwood L. Grant, Address on File] |
| 520883785 | | Deshante N. Blidge, Address on File] |
| 520883786 | | Dilfredo Lorente, Address on File] |
| 520883787 | | Dionosio Hernandez, Address on File] |
| 520883789 | | Donald Hawkins, Address on File] |
| 520883790 | | Donald P. Hawkins, Address on File] |
| 520883791 | | Dorian Edmond, Address on File] |
| 520883796 | | EIDL |
| 520883795 | | Edgar E. Hempfleng, Address on File] |
| 520883797 | | Eliseu J. Dos Santos, Address on File] |
| 520883801 | | Erin E. Judge, Address on File] |
| 520883802 | | Erin L. Cook, Address on File] |
| 520883807 | | Fallon Grant, Address on File] |
| 520883810 | | Felix Ramon Diaz, Address on File] |
| 520883811 | | Fernanco J. Dias, Address on File] |
| 520883812 | | Fernanco Salinas, Address on File] |
| 520883817 | | Fredrick Dwayne Cobbs, Address on File] |
| 520883818 | | Gabriel F. Tavares, Address on File] |
| 520883819 | | Gary Brown, Address on File] |
| 520883820 | | Gary J. Cooper, Address on File] |
| 520883823 | | Gerald Harmon, Address on File] |
| 520883824 | | Geronimo Jiminez, Address on File] |
| 520883826 | | Glenn R. Gary, Address on File] |
| 520883831 | | Griselle Vasquez, Address on File] |
| 520883836 | | Henry E. Diekman, Address on File] |
| 520883864 | | JOSEPH ROWLAND |
| 520883844 | | Jack Callahan, Address on File] |
| 520883845 | | Jamal C. Williams, Address on File] |
| 520883846 | | Jason H. Mann, Address on File] |
| 520883847 | | Jeffrey Catania, Address on File] |
| 520883848 | | Jenna L. Roberts, Address on File] |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 7 of 8 |
| Date Rcvd: Jan 14, 2026 | Form ID: 309F1 | Total Noticed: 198 |

| | |
|---|---|
| 520883849 | Jenna Roberts, Address on File] |
| 520883850 | Joan Franov, Address on File] |
| 520883853 | Jonathan Ortega, Address on File] |
| 520883854 | Jorge Cabrera, Address on File] |
| 520883856 | Jose A. Sorto, Address on File] |
| 520883857 | Jose E. Amaya, Address on File] |
| 520883858 | Jose L. Lainez, Address on File] |
| 520883859 | Jose M. Hernandez, Address on File] |
| 520883860 | Jose Martinez, Address on File] |
| 520883861 | Jose P. Amaya, Address on File] |
| 520883862 | Joseph Casseus, Address on File] |
| 520883863 | Joseph Manning Rowland, Address on File] |
| 520883866 | Juan A. Estevez, Address on File] |
| 520883867 | Judes E. Hills, Jr., Address on File] |
| 520883869 | Julian A. Boxill, Address on File] |
| 520883870 | Julian Escalera, Address on File] |
| 520883872 | Kim Tapley, Address on File] |
| 520883873 | Kirk D. Moore, Address on File] |
| 520883874 | Krishna R. Phagoo, Address on File] |
| 520883876 | Laura L. Chessher, Address on File] |
| 520883877 | Laura L. Hunt, Address on File] |
| 520883878 | Leah R. Jackson, Address on File] |
| 520883880 | Louis L. Reese, Address on File] |
| 520883881 | Luis Miguel Rodrigues, Address on File] |
| 520883882 | Lynn Hunt, Address on File] |
| 520883883 | Marcial Rosa Orellana, Address on File] |
| 520883884 | Marcus Allen, Address on File] |
| 520883885 | Marcus Robinson, Address on File] |
| 520883891 | Max Antonio Campos Diaz, Address on File] |
| 520883892 | Maya Rofman, Address on File] |
| 520883898 | Michael A. Fenimore, Address on File] |
| 520883899 | Michael Wynne, Address on File] |
| 520883900 | Michael Wynne, Jr., Address on File] |
| 520883901 | Miguel A. Tomayo, Address on File] |
| 520883904 | Moses B. Easter, Address on File] |
| 520883906 | Mustafa Cottino, Address on File] |
| 520883914 | Nicomedes Cabrera, Address on File] |
| 520883926 | Pamela Shelepets, Address on File] |
| 520883928 | Patrick Judge IV, Address on File] |
| 520883929 | Patrick M. Corbo, Address on File] |
| 520883930 | Patrick Wynne, Address on File] |
| 520883931 | Pearly J. Whitehall, Address on File] |
| 520883948 | Rafael H. Gomez, Address on File] |
| 520883954 | Renan Marquez, Address on File] |
| 520883956 | Reynold Isidor, Address on File] |
| 520883957 | Richard Brogan, Address on File] |
| 520883958 | Richard Prellwitz, Address on File] |
| 520883959 | Richard Walker, Address on File] |
| 520883961 | Rigoberto Guevara, Address on File] |
| 520883962 | Rinald M. Marczak, Address on File] |
| 520883963 | Robert Kessler, Address on File] |
| 520883964 | Roberto M. Orellana, Address on File] |
| 520883966 | Ronald Clerge, Address on File] |
| 520883967 | Ronald S. Fourre, Address on File] |
| 520883968 | Rosalina Colon, Address on File] |
| 520883969 | Rose Marie Wilson, Address on File] |
| 520883970 | Rosemarie A. Smith, Address on File] |
| 520883973 | Rubain Desrosiers, Address on File] |
| 520883977 | Santiago M. Fregoso, Address on File] |
| 520883978 | Santos Guevara, Address on File] |
| 520883983 | Shelton Hills, Address on File] |
| 520883984 | Sherri L. Lowe, Address on File] |
| 520883987 | Shy'Dericka Copeland, Address on File] |

| | | |
|---|---|---|
| 520883992 | | Sterling Beauchamp, Address on File] |
| 520883993 | | Steven E. Burrows, Address on File] |
| 520883994 | | Steven Jackson, Address on File] |
| 520883995 | | Stevon D. Barnes, Address on File] |
| 520884000 | | Tarriq Scott, Address on File] |
| 520884008 | | Tiffany Sicco, Address on File] |
| 520884009 | | Timothie Conover, Address on File] |
| 520884012 | | Torres V. Berrien, Address on File] |
| 520884041 | | William A. Martinez, Address on File] |
| 520884044 | | Yakema Marlin, Address on File] |
| 520884046 | | Yvonne Sharper, Address on File] |
| 520883841 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520883739 | ##+ | ARGOS SOFTWARE, 10275 W. HIGGINS ROAD, SUITE 250, ROSEMONT, IL 60018-3887 |
| 520883905 | ##+ | MURPHY SCHILLER & WILKES LLP, 24 COMMERCE STREET, 12TH FLOOR, Newark, NJ 07102-4005 |

TOTAL: 131 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:**

**Name** | **Email Address**

David Gerardi
  on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Fran B. Steele
  on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Turner Falk
  on behalf of Debtor P. Judge & Sons Trucking  LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4